Case 7:18-cv-10353-VB Document 38 Filed 06/11/19 Page 10 of 12

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOHN VALENTINO,

        Plaintiff,

        -against-

ECSI AMERICA, INC., JOSEPH SPIEZIO,
BRIAN AMICO, JOSEPH SPIEZIO, JR.
And COMPETITION CARTING,
---------------------------------------------------------------X

18-CV-10353 (VB)

~~VOLUNTARY~~ AND ORDER
STIPULATION OF
DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice, without costs to either party.

Case 7:18-cv-10353-VB Document 38 Filed 06/11/19 Page 10 of 12

The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Dated: 6/6/19

The Law Offices of
Michael J. Mauro, Esq., PC
For Defendant ECSI America, Inc.

By: _____
444 East Boston Post Road, Suite 210
Mamaroneck, New York 10543
(914) 450-1108
mmauro@mjmaurolaw.com

Dated: 6/6/19

Elefante & Persanis LLP
for Plaintiff John Valentino

By: _____
141 Hillside Place
Eastchester, NY 10709
(914) 961-4400
(914) 961-4200
mp@elefantepersanis.com

So Ordered this 11 day of June, 2019

_____
Vincent L. Briccetti, U.S.D.J.